O

FILED
CLERK, U.S. DISTRICT COURT

8/24/2015

CENTRAL DISTRICT OF CALIFORNIA
BY: ___CW___ DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRYSTAL TORRES,<br><br>        Petitioner,<br><br>vs.<br><br>D.K. JOHNSON,<br><br>        Respondent. | Case No. CV 15-2957-MWF (E)<br><br>ORDER ACCEPTING FINDINGS<br>AND RECOMMENDATIONS<br>OF UNITED STATES<br>MAGISTRATE JUDGE |

      Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file herein, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Report and Recommendation to which objections have been made. The Court accepts the findings and recommendations of the Magistrate Judge.

      IT THEREFORE IS ORDERED that Judgment be entered summarily dismissing this action with prejudice.

DATED: August 24, 2015

                                    MICHAEL W. FITZGERALD
                                    UNITED STATES DISTRICT JUDGE