JS-6
Entered

FILED
CLERK, U.S. DISTRICT COURT

8/24/2015

CENTRAL DISTRICT OF CALIFORNIA
BY: ___CW___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRYSTAL TORRES,<br><br>　　　　　Petitioner,<br><br>　　vs.<br><br>D.K. JOHNSON,<br><br>　　　　　Respondent. | Case No.  CV 15-2957-MWF (E)<br><br>**J U D G M E N T** |

　　　Pursuant to the Order Accepting Findings and Recommendations of United States Magistrate Judge,

　　　IT IS HEREBY ADJUDGED that this action is summarily dismissed with prejudice.

DATED: <u>August 24, 2015</u>

　　　　　　　　　　　　　　　　/s/ Michael W. Fitzgerald
　　　　　　　　　　　　　　　　MICHAEL W. FITZGERALD
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE